IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
SEP 24 2020
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:20-CR-230 |
| v. ) | |
| ) | Count 1: Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine |
| KINNARD ANTHONY TURNER ) | |
| ) | |
| and ) | (21 U.S.C. §§ 846, 841(a)(1)) |
| ) | |
| KOREY KASCHIEF CORNISH, ) | Forfeiture Notice: 21 U.S.C. § 853 |
| *Defendants* | |

## INDICTMENT

September 2020 Term - at Alexandria

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine)

THE GRAND JURY CHARGES THAT:

From in and around June 2020, and continuing to on or about July 22, 2020, within the Eastern District of Virginia, and elsewhere, the defendants KINNARD ANTHONY TURNER and KOREY KASCHIEF CORNISH, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS there is probable cause that the property described below is subject to forfeiture. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendants, KINNARD ANTHONY TURNER and KOREY KASCHIEF CORNISH are hereby notified that if convicted of Count One, charged in this Indictment, they each shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property that is traceable to, derived from, fungible with, or a substitute for property that constitutes the proceeds of the offense and any property used or intended to be used to commit or facilitate the commission of the offense.

(All Pursuant to Title 21, United States Code, Section 853)

A TRUE BILL

Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office

Foreperson of the Grand Jury

G. Zachary Terwilliger
United States Attorney

By: _____
Karolina Klyuchnikova
Special Assistant United States Attorney (LT)

2